Per Curiam.

The action is brought under article 15 of the Beal Property Law seeking a determination that the plaintiff is the sole owner of certain premises.
The Special Term has denied the defendant insurance company’s motion for an order dismissing the complaint as to it and for a further order granting it judgment on its counterclaim, which is based on an assignment to it by the mortgagee of a mortgage on premises which had been damaged by fire, *526 on paymeiit by it to" thd'mortgagee’ 'of ttíá briñeipEPEWiftteWsjF triéMÍ She, IWhjeí:i/assi^mié'Át purports 'to1 íá'lbfWeéh rfiáB^dy-ii3 ábbbMEh8é0MiíAíh provisions of tM^itófó'rtg'áheb* <9éiti'éM>W<tBfé> Newf,Yd&'s>tá®dard"1ñ?fe l¿M¥anfée^líi81ÍBy.Xt> lift sil o.o .tfíiíi mudo
^%^‘pTMiMMf B¿fe .filaclie’^^xió^tiiLÍ^'í ifodxa od.i «4 Jíndg
• The assi^'ifmbht/oSThd'inÓrtg^á^é’-By^dhb'ifíhiil^géé wa^^ré'ái5 íá’ídd’tipbn’ WhlEiiti'"Bydthe:,íáppélláiíti'llíti.,suii¿r dhat^^iidbYHlib1 thé'-dústíée^át1 Spédíal Téi:iñ,4,diahility"(dí6!hxiá,tf Ws'íólThdhnb5it!-, géügóffMP -Wé* ¿^rde'^jE'hiS’ stáfhfnéli't^ííi 'wíibH hé^s'áj^M: ,e< Wlil$ ey f21 j3 i'l ámbllíifóf ^Be:dilbü'fh&ceí,poli>c^-stó ^EélrhíbiTg4gié4'iti!ithis'0¿M,M§^ itJWdt-'tbiíl^ p‘érfbfnibd ft§ I tídM^ácl;* d^itlf Hthe* (193 Misc. 647, 651.)
*óf dbuble ’ _.____........ _ . . . _r „ _._ ; toMl wah"'4Muse&. %yíanf ^wrdh^íuT'h'étbf'thb'tóbrt'^akíysdb'ytóé |rlSíMÍff. ^^ppblfáhtF'hcdéip’téd'.'thb the ^ontHfet^tb* iyshr^’Th'é^nilditig^in'quehííón^a'rid’Eah^doheküb^fíiB'rdAííhh" ils* chhí’M'ctn<!h0ihsu¥atíc^ •dddsiítjjlápt)b>áíf ih tEb'TOcórá'tEat’pMintíiÉEás1 cblíb'cteBTbótti1 apjbblMEih'bf MÍv other ffiáuibrt'tiibhmWiTñybf Bis 'flr'e Íí)s^b20ÍZT¿>t>±i' 'thb1 íactti befdiré1 ü^^wb^TÍink! ^his contentioh%fí ap^bllhEB cSíóiaSi de8isíbÉ:ó,ftthi:s!'elas‘é^ (Alexandra Restaurant v. New Hampshire Ins. Co. 272 App. Div. 346 affd. 297 N. Y. 858; Foley v. Manufacturers' Fire Ins. Co. 152 N. Y. 131; Rosenbloom v. Maryland Ins. Co., 258 App. Div. 14.)
.JriWhenjthe ibssx§WürÁéd,'i*htedhs'úrbm¡ow,edichvÍ!My,tb both %i!P?fít8:a^ aivl to the mortgagors,,¥1)9 ;nymed bwi^cLs,.to pay,the. loss to the extent(of the amount due on the mortgage, itbei!ñ¿” withbri ‘ble’ - b'olidy1 díiíiitsy1 ahd!5 was31 not bhtitlbd1 Id* an áydíynrÜetit^f^ttie'Mdft^&^e'nñdér^thb^íubibgatib'EopPBvis^óhlof the New York standard,ihl8ff0ag’é'e^bTáuhb'ibfi fts dífeufáidd cbiitMSt,i';:,nj"'lííi° hinhiíin-'b oil} Jbw.fifib .-¡eil tm'ifV bsiv^qR oii1!1
All'cOiieiif?1' Bq'bsentdl'^AYEoh,5 BT'Jd/íbofíÁBirAÉd^EjXSíiiy i-.t i U 0» f";. vji no .tpiv-iilil'ilih I .¡I NVi » ill ÍVC-». "e")!Í.Iií!Í ,i"S "i O « lif'/ii BALL and ™™ n .< .. ■f, í 11 i l' .h* Sri1 HI ” í i M H JriPEB, J.eJ,, ' , . . , , „ , .. , „
r^rtW ro tMX